# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER COUSINS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CREDENCE RESOURCE MANAGEMENT, LLC AND DOES 1-10,<br><br>　　　　Defendant(s), | Case No.: 3:22-CV-01410-JO-MDD<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE.<br><br>Hon. Jinsook Ohta |

## ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

Having fully considered the Joint Motion for Dismissal of Entire Action With Prejudice ("Joint Motion for Dismissal") of Plaintiff CHRISTOPHER COUSINS ("Plaintiff"), and Defendant CREDENCE RESOURCE MANAGEMENT, LLC

("Defendant") (collectively "Parties"), made pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and good cause having been shown:

**IT IS HEREBY ORDERED**, that the Joint Motion for Dismissal is **GRANTED** and that the action is dismissed in its entirety, including all claims against all Defendants, with prejudice. The Parties are to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: January 9, 2023,                    by: _____
                                                Hon. Jinsook Ohta
                                                United States District Judge